# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**GAMALIEL JAPHIA JOSEPH EL,**

    **Plaintiff,**

**v.**                                           **Case No. 4:18cv565-MW/MJF**

**BRIAN SPEIGNER, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on April 3, 2019.**

                                                   **s/ MARK E. WALKER**
                                                   **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his current mailing address as evidenced by returned mail. ECF Nos. 5, 7, 8, and 10.